UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
E. MICHAEL DIX,                          :
            Plaintiff,           :
                                    :
v.                                       :
                                    :
VIECORE, INC.; THOMAS J.                 :
CHISOLM; VANHALEN ACQUISITION            :
GROUP; THOMA CRESSEY FUND VI,            :
L.P.; THOMA CRESSEY FRIENDS              :
FUND VI, L.P.; THOMAS CABRAL;            :   Civil No 08-5735(FSH)(PS)
JOSEPH BONOCORE MCM REALTY               :
TRUST; JOSEPH BONOCORE MCM               :
REALTY TRUST; R. FRANK JERD              :
AND LINDA I. JERD, TRUSTEES              :
FOR THE R. FRANK JERD LIVING             :
TRUST; MORGAN STANLEY DW, INC.:
FBO FRANK JERD/IRA; TED                  :
SEYMOUR; GARY FRINGS; KAMI               :
STERLING;  R. FRANK JERD;                :   VOLUNTARY DISMISSAL WITH
JOSEPH BONOCORE; THOMAS F.               :   PREJUDICE
BROWN, IV; MICHELLE L.                   :
GIAMBALVO; MICHAEL SPLAVER;              :
JOHN A. CHAMBERLAIN; and                 :
NUANCE COMMUNICATIONS, INC.              :
(A Necessary Party)                      :
                                    :
            Defendants.              :
_____

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

      **TAKE NOTICE** that **E. MICHAEL DIX**, plaintiff, dismisses this action with prejudice pursuant to *Rule 41(a)(1) of the Federal Rules of Civil Procedure,* with all rights of appeal waived, each party to bear their own costs and attorneys fees.

THE PLAINTIFF,
By his attorneys

_____/s/_____
John J. Hopkins, III, Esq. (JH9494)
545 Bath Avenue, Suite 201 P.O. Box 4106
Long Branch, New Jersey 07740
P: (732) 263 1414
F: (732) 263 1042