

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. MICHAEL DIX,<br>        Plaintiff,<br><br>v.<br><br>VIECORE, INC.; THOMAS J. CHISOLM; VANHALEN ACQUISITION GROUP; THOMA CRESSEY FUND VI, L.P.; THOMA CRESSEY FRIENDS FUND VI, L.P.; THOMAS CABRAL; JOSEPH BONOCORE MCM REALTY TRUST; JOSEPH BONOCORE MCM REALTY TRUST; R. FRANK JERD AND LINDA I. JERD, TRUSTEES FOR THE R. FRANK JERD LIVING TRUST; MORGAN STANLEY DW, INC. FBO FRANK JERD/IRA; TED SEYMOUR; GARY FRINGS; KAMI STERLING; R. FRANK JERD; JOSEPH BONOCORE; THOMAS F. BROWN, IV; MICHELLE L. GIAMBALVO; MICHAEL SPLAVER; JOHN A. CHAMBERLAIN; and NUANCE COMMUNICATIONS, INC. (A Necessary Party)<br><br>        Defendants. | Civil No 08-5735(FSH)(PS)<br><br><br><br>VOLUNTARY DISMISSAL WITH PREJUDICE |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**TAKE NOTICE** that **E. MICHAEL DIX**, plaintiff, dismisses this action with prejudice pursuant to *Rule 41(a)(1) of the Federal Rules of Civil Procedure,* with all rights of appeal waived, each party to bear their own costs and attorneys fees.

THE PLAINTIFF,
By his attorneys

_____/s/_____
John J. Hopkins, III, Esq. (JH9494)
545 Bath Avenue, Suite 201 P.O. Box 4106
Long Branch, New Jersey 07740
P: (732) 263 1414
F: (732) 263 1042

SO ORDERED.
3/19/09

/s/ Faith S. Hochberg, U.S.D.J.